NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**HILLCREST LABORATORIES, INC.,**
*Appellant*

**v.**

**MOVEA, INC.,**
*Appellee*

_____

2016-1738

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,036.

_____

**JUDGMENT**

_____

JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by RAJEEV GUPTA, KARTHIK KUMAR.

PIERRE YANNEY, Stroock & Stroock & Lavan LLP, New York, NY, argued for appellee.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  April 6, 2017        /s/ Peter R. Marksteiner
       Date              Peter R. Marksteiner
                        Clerk of Court